GJP

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

19    3071

Claymont, De    19703
unit # 513

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Herbert J. Nelson 2807 Governor Printz Blvd.

Address of Defendant: Whole Foods 475 Wilmington Pike   West Chester   Glens mill, PA 19803

Place of Accident, Incident or Transaction: Discharge / retaliation / Equal pay

---

*RELATED CASE, IF ANY:*

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

| | | Yes | No |
|---|---|---|---|
| 1. | Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? | ☐ | ☑ |
| 2. | Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? | ☐ | ☑ |
| 3. | Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? | ☐ | ☑ |
| 4. | Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? | ☐ | ☑ |

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 15 July 2019 _____  _____
                     *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.    Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
       *(Please specify):* _____

*B.    Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
                          *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

GJP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

*Herbent J. Nelson*     :     CIVIL ACTION

*whole foods market* :     NO. **19**    **3071**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (✓)

*15 July 2019*        _____
**Date**                         **Pro Se Plaintiff**

*(302) 476-5589*
_____    _____    _____
**Telephone**            **FAX Number**            **E-Mail Address**

(Civ. 660) 10/02

GJP

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

Herbert J, Nolson

_Full name(s) of Plaintiff(s)_

v.

Whole Foods Market Group INC,

_Full name(s) of Defendant(s)_

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO. **19** — **3071**

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**_NOTE:_** _In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
**_NOTE:_** _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against._

Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
**_NOTE:_** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

✓ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

> **NOTE:** *In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

## I.     Parties in this complaint:

A.     List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff     Name: Herbert J Nelson

Street Address: 7807 Governor Printz Blvd Unit 513

County, City: Claymont

State & Zip: De 19703

Telephone Number: (302) 476-5589

B.     List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant     Name: Whole Foods Market Group Inc.

Street Address: 475 Wilmington West Chester pike

County, City: Glens Mills, PA 19342

State & Zip:

Telephone Number:

C.     The address at which I sought employment or was employed by the defendant(s) is:

Employer:

Street Address:

County, City:

State & Zip:

Telephone Number:

## II.     Statement of the Claim

A.     The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

____     Failure to hire me

✓     Termination of my employment

____     Failure to promote me

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

_____ Failure to stop harassment

_____ Unequal terms and conditions of my employment

✓ Retaliation

_____ Other (*specify*): _Equal Pay_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.     It is my best recollection that the alleged discriminatory acts occurred or began on or about:
(month) _Dec_ , (day) _23_ , (year) _15_ .

C.     I believe that the defendant(s) (check one):

_____ is still committing these acts against me.

_____ is **not** still committing these acts against me.

D.     Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓ race _____          _____ color _____

_____ religion _____          _____ gender/sex _____

_____ national origin _____

✓ age     My date of birth is _Jan 2, 45_ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.     The facts of my case are as follow (*attach additional sheets of paper as necessary*):

Equal Pay (Lilly Led Better) Scenario Protected Activity(ies)
Exercising Rights Resultant to Retaliction
Opposing unlawful practices Bitter Contestation
4+ a Hkc, Ensuing with Falsehood detail of
Teaching Families (Inappropriately) Retaliction
Ensuing And Subsequent Action (Retaliction)

-3-

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

### III. Exhaustion of Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: ___JAN 4, 16___ (*Date*).

B. The Equal Employment Opportunity Commission (*check one*):

_____ has not issued a Notice of Right to Sue Letter.

___✓___ issued a Notice of Right to Sue Letter, which I received on ___5/20/19___ (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C. *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

_____ 60 days or more have passed.

_____ fewer than 60 days have passed.

D. It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: ___JAN 4, 16 DUEL FILED___ (*Date*).

E. Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

___✓___ One year or more has passed.

_____ Less than one year has passed.

## IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____ Direct the defendant to hire the plaintiff.

_____ Direct the defendant to re-employ the plaintiff.

_____ Direct the defendant to promote the plaintiff.

_____ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____ Direct the defendant to reasonably accommodate the plaintiff's religion.

_____ Direct the defendant to (*specify*):_____

✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

✓ Other (*specify*): Redress equal pay / The plaintiff obligation were all fulfilled other

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of July, 20 19

Signature of Plaintiff _____

Address 1807 Governor Printz Blvd

Claymont, DE 19703

Telephone number (302) 476-5589

Fax number (*if you have one*) _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**HOW TO PROCEED WITH AN EMPLOYMENT DISCRIMINATION OR**
**REHABILITATION ACT LAWSUIT**

**INSTRUCTIONS FOR A PERSON WITHOUT AN ATTORNEY**

This packet contains forms to permit you to file the following:

Form 1.     Civil Complaint

Form 2.     Description of Lawsuit for Court Assignment

Form 3.     Application to Proceed <u>In Forma Pauperis</u> (for people unable to pay the filing fee)

Form 4.     Request for Appointment of Attorney

**GENERAL INSTRUCTIONS**

**FORM 1 – CIVIL COMPLAINT**

You should fill out and file Form 1 – Civil Complaint. When filling out the complaint, you should remember the following:

1) You are the plaintiff. The defendant(s) is the employer(s) being sued. If you are filing against a government agency or department, use the title of the head of that agency or department – such as Postmaster General, Secretary of the Navy, Secretary of Welfare of Pennsylvania, etc.

2) Your complaint must be legibly printed by hand or typewritten.

3) You must personally sign your complaint and declare under penalty of perjury that the facts you allege are correct.

4) You must attach to the complaint a copy of your Notice of Right to Sue Letter from the Equal Employment Opportunity Commission. The complaint must be filed within the time specified in your Notice of Right to Sue Letter.

**FORM 2 – DESCRIPTION OF LAWSUIT FOR COURT ASSIGNMENT**

When you file your complaint, you must also complete and file an original and one copy of Form 2 – Description of Lawsuit for Court Assignment.

(Rev. 5/2017)

-1-

## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $50.00 Administrative Fee. If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint. On Form 3, you must provide an explanation for why you are unable to pay the filing fee. For example: "I am unemployed and have no money except unemployment compensation." Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis. If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s). Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee. You then must arrange to serve the complaint on the defendant(s). The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney. Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description. Please read this enclosure carefully.

You may obtain a copy of your investigative file. Federal employees may do so from the federal agency involved by calling that agency. Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Fredricka Warren
> Christine Spriggs
> EEOC, Information Specialists
> 801 Market Street, Suite 1300
> Philadelphia, PA 19107

When you have completed your forms, bring them or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Herbert J. Nelson**
**301-4 Harbor Drive**
**Claymont, DE 19703**

From: **Philadelphia District Office**
**801 Market Street**
**Suite 1300**
**Philadelphia, PA 19107**

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **17F-2017-60137** | **Elizabeth Wjasow**<br>**State, Local, and Tribal Coordinator** | **(267) 589-9728** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the informati obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. I finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing s based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you t suit may not be collectible.**

On behalf of the Commission

*Jamie R. Williamson* (signature)

**5/20/2019**

| | |
|---|---|
| Enclosures(s) | **Jamie R. Williamson,**<br>**District Director** |

*(Date Mailed)*

cc: **WHOLE FOODS MARKET GROUP, INC.**

**Carmen J. DiMaria, Esq.**
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
**10 Madison Avenue, Suite 400**
**Morristown, NJ 07960**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS      --      **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS      --      **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION      --      **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND **EEOC** ASSISTANCE      --      **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# Pennsylvania Human Relations Commission
## Philadelphia Regional Office – Intake Information Form

*You have to file your complaint within 180 days from the date of discrimination*

| About You | About the Company That Discriminated Against You |
|---|---|
| Name HERBERT NELSON | Name Whole Foods |
| Address 301-4 harber Dr & zip code Claymont, DC-19703 | Address 675 Wilmington/West Chester Pike & zip code Glens mill, pa 19342 |
| Tel - Home (___) _____ | Tel: Business 610-358-1133 |
| Cell 302 476-5589 | |
| Work (___) _____ | County (Circle One): Bucks (Chester) Delaware Montgomery Philadelphia |
| E-mail herbnels@gmail.com | Areas: Employment (# of Employees ____), Public Accommodation/Service, Housing, Education |
| Your Job Title Housekeeper painter | |

**Name & address of person who will know how to contact you & who does not reside in your home.**

Name MRS. SONJA Emanuel
Address 8514 Kelsey Pass
Missouri City TX 77459
Tel – Home (904) 236-2455

Work (___) _____

**Issues you wish to file a complaint about (How you were discriminated against)**

| | |
|---|---|
| ✓ Discharge | ___ Discipline |
| ___ Non-hire | ___ Non-promotion |
| ___ Layoff | ___ Harassment |
| ___ Suspension | ___ Conditions of Work |
| ✓ Unequal Pay | ___ Non-recall |
| ___ Demotion | ___ Unequal Benefits |
| ___ Training | ___ Union/Represent |
| ___ Eviction | |
| ___ Forced Resignation | |
| ___ Refuse/Rent/Sale/Show | |
| ___ Denial of Service/Education | |
| ✓ Other (Specify) Reprisal / = Retaliation | |
| ___ Reasonable Accommodation/Disability | |

**Your Case # & Investigator (if any):**

For Office Use Only Staff Initials

**Reasons for your discrimination (please check and specify all that apply):**

JX DD JB DC BF OTH

✓ Race/Color Black
___ Sex/Gender (including Pregnancy)
___ Religion _____
___ National Origin/Ancestry _____
✓ Age -- Date of Birth 1/2/45
___ Disability _____
✓ Retaliation

___ Complaint Drafted ___U F N

Forms given; Complainant advised to return on another day to complete Filing Process

**Do you wish to have the PHRC dual file your charge with the Equal Employment Opportunity Commission (EEOC) or HUD if you are filing an Employment or Housing charge?** All Thats Required

___ Other Disposition (Describe)

✓ Yes ___ No

JAN 4 PM 2:0?

Date(s) of Discrimination 13 Dec 23, 15
Terminated

| PHRC Date Stamp |
|---|

**RFI File Created** ☐



**pennsylvania**
HUMAN RELATIONS COMMISSION

RECEIVED

JAN -4 2016

PENNSYLVANIA HUMAN RELATIONS COMMISSION A Human Relations Commission
**EMPLOYMENT DISCRIMINATION QUESTIONNAIRE** Philadelphia Regional Office

## 1. YOUR CONTACT INFORMATION

Name MR. HERBERT J, NELSON

Address 301-4 Harbor Dr.     4
Street     Apt.

Claymont, De     19703
City     State     Zip Code

Phone Number: (H) _____     (Cell) 301 476-5589

Work: _____     E-mail address: herbnels @ Gmail, Com

Name, address and phone number of a person, who does **NOT** live with you and will know how to contact you:

Name Ms. SONJA Emanuel     Phone Number 979-236-9488

Address 8514 Kelsey Pass     Missouri City TX 77459
Street     City     State     Zip Code

## 2. AGAINST WHAT EMPLOYER DO YOU WANT TO FILE YOUR COMPLAINT?

Employer Name Whole Foods
(Please use your employer's name as indicated on your paycheck or W-2 form)

Address in PA 475 Wilmington/West Chester Pike PA     19342
Street     Glen Mills, PA City     State     Zip Code

Phone Number 610-358-1122 E-mail address: Wfm

Pennsylvania county where you were harmed: West Chester Co,

**NUMBER OF INDIVIDUALS WHO WORK FOR THE EMPLOYER:**

☐ Fewer than 4     ☐ 4 to 14     ☐ 15-20     ☑ 20+

**Type of Business** Retail / Store

**Is the employer a federal agency?**     ☐ Yes     ☑ No

## 3. DESCRIBE HOW YOU WERE HARMED, AND WHEN, SO WE CAN DETERMINE IF WE CAN ASSIST YOU. Check all that apply. Working Behind Those Some had To Step up or leave it.

<u>Write the date(s)</u> you were harmed beside the discriminatory event or action:

☑ Discharge ——————     ☐ Lay-Off ——————     ☐ Failure to Recall having To Point them out

☐ Forced Transfer_____     ☐ Denied Transfer_____     ☐ Demotion _____ To management

☑ Forced Leave _____     ☐ Leave Denied _____     ☑ Unequal Wages

As _____ then ! Asken them !     ☒ elder _ worked harder

- 1 -     PA Employment Discrimination Questionnaire, Rev. 8-13

I N consist with my ~~~~ / ~~~~ Being These managers :
Procrastincte/Misc: mmuicate / An opportunity To Tell
—Fabricate decive etc, / you the truth straisht Forward

☑ Unequal Benefits _____ ☐ Failure to Hire _____ ☐ Failure to Promote _____

☑ SubJective/unsrantial &) Because I + there
☑ Discipline (Suspension, Warning, etc.) _____ ☐ Harassment*_ behinds up,

Prepared Todo so.   *Complete question #7 if you were harassed

☐ Forced to Quit For not Being straightforward

Not accommodated because of your: ☐ Disability _____ ☐ Religion _____

**OTHER**, please be specific: Overwork/Not Being Straight Forward !
etc,

## 4. DO YOU FEEL YOU WERE TREATED DIFFERENTLY (DISCRIMINATED AGAINST) BECAUSE OF ANY OF THE CHARACTERISTICS BELOW?

The commission can investigate your complaint only if you believe you were treated differently and harmed because of your race, color, religion, ancestry, age, sex, national origin, non-job related disability or the use of a guide or support animal for blindness, deafness or physical disability. For example, if you feel you were treated worse than someone else because of your race, please indicate race as the reason. If you feel you were treated differently because of your race and sex, please check both race and sex. **Only check reasons which explain why you were harmed**. Also, please identify your race, color, religion, national origin or ancestry, etc. **if** you were discriminated against based on those factors.

☑ Male   ☐ Female   ☐ Pregnant

☑ Age (40 or older only): Date of Birth JAN, 2, 1945

☑ Race Black _____ ☑ Color Brown

☑ Religion methodist _____ ☐ Ancestry Negro / Black

☐ National Origin (country in which you were born) USA

☐ Association with a person of a different race than your own:  BonHomie

Your race Black _____ the other person's race Flexible/Versotile

☐ Use of a guide or support animal N/a

☐ Refusal to perform, participate in, or cooperate in abortion or sterilization services

☐ GED   ☐ Other _____

☐ I have a disability. (please complete #8)   ☐ The employer treats me as if I am disabled.

☐ I had a disability in the past. (please complete #8)

☐ I have a relationship or association with someone who has a disability. (please complete #8)

☑ **RETALIATION**

If you believe you were **harmed** because you complained about what you believed to be unlawful discrimination, because you **filed** a complaint about unlawful discrimination, or because you assisted someone else in complaining about discrimination, please complete the following information.

Nation of Labor Relation Board Pa

Date you filed a complaint with the PA Human Relations Commission _____

No file   Cited Miscommunation
Visited   discretionary  ~~~~ I have To Dam Ansh more.

YES! LONG _STILL_ OWES ME AS WE SPEAK (FACT)

If you filed a complaint with another agency, list the agency's name and date of filing:
VISITED NLRB, (9) DISCUSSED/ADVISED    DIALOGUE

Date you complained about discrimination to a manager UKNOWN | DAY AFTER JOB

Date you assisted someone in complaining about discrimination DAY AFTER JOB DIALOGUE
ASK THEM | DON'T REMEMBER

## 5. WHEN WERE YOU HIRED OR WHEN DID YOU APPLY FOR A JOB WITH THE EMPLOYER?

LAST WEEK
Date you became an employee: O/AB JUNE 14

Position for which you were hired: HOUSEKEEPING OFTEN/PORTER

What was your position at the time you were harmed? HOUSEKEEPING

If you were seeking to be hired by an employer:

When did you apply? N/A    When did you learn you were not hired? N/A

## 6. STATE THE REASONS THE EMPLOYER GAVE YOU FOR ACTIONS THAT HARMED YOU.
JOB DIALOGUE/PROCRASTINATE SUBTERFUGE, SUBJECTIVE UNSTANTIATED SUBJECTS, MISCOMMUNICATION/PREVARICATION SUB

Who told you about the employer's reasoning for the action? Include his or her job title.
ONLY ONE SUBJECT PAY WISG MY MOTHER GOT, $50 CENT FOR HER DIALOGUE CALLED OTHER IN AND REDUCED/CUT (DAY OFF) JOB

When were you told about the action taken against you? (Date or Dates)
O/AB DEC 22, 23/CONTEMPORANEOUS/LOTS GOING ON (JOB DIALOGUE)
THESE PRETENTIOUS EFFORTS WE DESIGNED VERY POOR LEADERSHIP

If you were given no reason, please check here. ☐

Regarding how you were harmed, please identify a person or persons who were treated better than you. For example, as a **male employee** you were disciplined for a work violation, but a **female employee** who committed the same work violation was not disciplined. ONLY CONCERN (ME)!
HERBIE SEES A LOT/ PROBABLE CAUSES, I SPEAK
Name of employee - First and Last (if known) UP FOR ME HERBIE DON'T BACKSTAB, BACKBITE NON TALK IN THE CLOSET I CALL IT LIKE I SEE IT,

How is this person different from you? For example, what is his or her race, age, religion, etc.? WE PROCRASTINATION DREW THIS FLAMES (WORK DIALOGUE MISCOMMUNICATION, UNSTANTIATED, SUBJECTIVE—INDUCED THIS HAVOC

Please explain **exactly** how this person was treated better or differently than you. Include dates.
ALL OF MY ASSOCIATES/COLLEAGUES GIVEN IMMEDIATE ATTENTION IN THE IMPLENTING OF JOB DIALOGUE UPON REQUEST, ETC THE AGGRIEVED (RESERVE) MADE TOO LONG!

If you cannot identify someone who was treated better or differently than you, you need to describe an incident, statement, etc. which can be investigated, and which directly relates to why you were treated differently than someone else. CLEARLY SOME MISHANDLING MAJOR RESPONSIBILITIES OCCURRED PROCRASTINATION ETC HAVING DEMONSTRATES INEPTITUDE REGARDING THIS SUBJECT, THE AGGRIEVED TOLD THEM, STRAIGHTFORWARD (IT'S EASIER TO TEAR DOWN THAN TO..)—

HAVOC

the older man had to overcome great Bur bea behind younger worker
or just leave un done, conscientious, person
carried the Bulk of Duty, just get it DONE —
mentality (Regular Basis)

**7. IF YOU CHECKED ONE OF THE FOUR DISABILITY CATEGORIES IN #4, ANSWER THE FOLLOWING QUESTIONS.**

What is your disability? _Nothing very major / on medication (Havo since the Event_

How long have you had this disability and when did it start? _Just started !_

Do you still have this disability? ☑ yes  ☐ no _Visiting doctor For conditions)_

If yes, how much longer do you expect to have the disability? _Difficult to determine ANXIETY, stress_

What major life activities do **you have great difficulty performing** because of your disability (Check all that apply.) _Terminated, taking Medication !_

☐ Seeing  ☐ Hearing  ☐ Bending  ☐ Walking  ☐ Lifting  ☐ Stooping  ☐ Turning

☐ Climbing  ☐ Running  ☐ Talking  ☐ Standing for long periods

☐ Sitting for long periods  ☐ Caring for yourself  ☐ Thinking  ☐ Concentrating

☐ Relating to Others

Other Major Life Activities (**Be specific**) _On medication, popping pills_

If you have had a disability in the past, when did it start, and what date did it end? _None of the Likes / very New !_

If your employer treats you as if you are disabled: What disability do they think or believe you have? _There were NONE At The Beginning (Fell OUT IN office, Allow me to Leave !_

Who are the people that are treating you as disabled (names and positions or titles)? _Shaikh Mushtaq MD_

Why do you think that these people think or believe you have a disability? _Via Examination office visit (Prescribed medication )_

How did your employer learn about your disability? _They haven't —_

On what date did they learn about your disability? _0/Ab 29, Dec Due To Various conditions,_

Which specific manager/official/agent) learned about your disability? (include title or position) _NONE — They ALL Were IN office upon my Falling out the chair_

If you are related to someone who has a disability, what is your relationship to this person? _No one !_

What is this person's disability? _Not Applicable ,_

How and on what date did the employer learn about this person's disability? _They knew That I_
_They don't Know, Terminated (Fell out The Chair Stress out !_
_Gave me the (Events)_

PA Employment Discrimination Questionnaire, Rev. 8-13

Did you ask for an accommodation or assistance in order to do your job? ☐ yes ☑ no

IF YES,

(1) To whom did you make your request? _Not Terminated_

(2) What date was the request made? _didnt Ask_

(3) Explain what the accommodation or assistance was that you requested, and why.
_None! Terminated, they sought IN Assisting me after I Fell out IN other Chair_

Did the employer provide your requested accommodation or assistance? ☑ yes ☐ no

If so, on what date? _Not As It relates (Gave Time off fallin_

Did the employer provide some other accommodation or assistance instead? ☐ yes ☐ no

If yes, please explain. _Not related, gave some Assistance The day or evening After falling out of chair Became dizzy Hey_

Did the employer deny your request for an accommodation or assistance? ☐ yes ☐ no

if so, who denied your request? _No didnt Ask Terminated All coupled with Procrastination, subjective, unsophisticate and more related to Job dialogue_

What date was the request denied? _____

What reason was given to you for the denial? _None! The Aggrieved Clearly States, All would have been Averted had Any of those Havoc occurred Because it became NASty I Told Them off!_

8. **IF YOU CHECKED THAT YOU WERE HARASSED UNDER #3, ANSWER THE FOLLOWING QUESTIONS AS COMPLETELY AS POSSIBLE.**

Name the person(s) who harassed you: _Management office_

His or her position or job title _I dont Know That Investigate them All, see what out there, dont rember_

When were you harassed? Starting date _Reprisal_ Ending date _Comtemporaneos_

Is the harassment still continuing? ☐ yes ☐ no _Terminated_

How often did the harassment occur? As well as possible, please indicate **date, month and year** of each incident and how often the harassing actions occurred. _Listen_

☐ One time only _____ ☐ Once a day _Job dialogue set_

☐ Several times daily _off the Havoc other matters_

☐ multiple times/week _Amassed! (Looking to find Away to_

_Sulter funnel Trickend_

PA Employment Discrimination Questionnaire, Rev. 8-13

☐ multiple times/month   Listen, I Constantly telling management: Younger works Lack Interest

Please provide two or three examples of the harassment you experienced.
Never performed To my Level, Work Assignment Left Unattentive, etc, Sloppy work ALL Levels. Persons follow, Always had To complete work majority of Time (Someone HAS To Step up)

Did you consider any of the above acts of harassment to be especially severe and/or offensive?

☐ Yes ☐ No   If so, please explain why. No harassment AT ALL.
My efforts were To Come To work, do A good Job As much As possible ("Equal work, equal pay")

Did the harassment have a negative or harmful effect on your work environment, health or personal life? If so, please explain:
No harassment, these are The following ~~manipulate~~ manipulate Reprisal Subjective, Unstratiated Subjects Miscommunicate Subject (Job Dialogue

Did you complain to anyone about the harassment? ☐ Yes ☐ No

To whom did you complain? Spoken To
All of management officials, Then ALL Aligned Themselves For The causes

Name _____   Position or job title _____

What date did you complain? Don't Recall All Commence day of Job dialogue, Bonus Claims etc

Did the harassment stop after you complained about it? ☐ Yes ☐ No
No harassment Miscommunication Job

If it ended, on what date did it stop? Dialogue (Fabricated Charge

After you complained, were any other actions taken against you? (for example – discipline, discharge, etc.) ☑ Yes ☐ No

What were the actions? A Series of Inquires 9/10 Question

On what dates did they occur? Claim I rub/Braise An Associate Behind

Who took the action against you? Not Clear

Did this person know that you complained about the harassment? ☐ Yes ☑ No

Please identify someone who is different than you and who was treated better: etc Because
Could have handled it Better, Retaliate Because I had nothing good To Say, I Spoke up/out!

Name _____   Position or job title _____

Reason they were treated better than you as discussed in #4 above: Received Their Job Dialogue PRIOR To me, but They Ask
How were they treated better regarding the harassment? do far Less Than The Older person, etc.
get Less Job Assignment at work (never)

PA Employment Discrimination Questionnaire, Rev. 8-13

And Lots more, This would be About my Job dialogue, And the mishandling of IT!

**9. HAVE YOU BEEN INVOLVED IN ANY COURT ACTION REGARDING THIS MATTER? (COURT ACTION INITIATED BY YOU OR ANYONE ELSE.) IF SO, PLEASE SPECIFY THE COURT AND THE DATE FILED, TO THE BEST OF YOUR MEMORY.**

Court had Plan to do so within West chester Co

☐ Yes ☐ No   Court ____ City ____ County ____ State ____ Date filed

Dickens up The Form To file Defamati

**10. IF YOU HAVE FILED THIS COMPLAINT WITH ANY OTHER LOCAL, STATE OR FEDERAL AGENCY, PLEASE ANSWER THE FOLLOWING:** Must get The recusors list pat

Name of the agency with which you filed ____

(X) Only Visited National Labor Relation Board

Date of filing ____  Inquiry or Complaint number ____  DownTown philadelph

**11. IF YOU WILL HAVE AN ATTORNEY REPRESENTING YOU ON THIS MATTER, PLEASE HAVE YOUR ATTORNEY SEND US A LETTER THAT CONFIRMS THIS. (YOU DO NOT NEED AN ATTORNEY TO FILE A COMPLAINT.)**

## YOU MUST SIGN AND DATE THIS FORM BEFORE RETURNING IT.

Just Depend on finding / Only discussed Issues pending

☐ *I hereby verify that the statements contained in this form are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 PA.C.S. Section 4904, relating to unsworn falsification to authorities.*

Signature ____

Date Jan 2, 2016

**IF YOU HAVE OTHER INFORMATION YOU BELIEVE WE NEED TO KNOW TO HELP US UNDERSTAND YOUR COMPLAINT, PLEASE PROVIDE IT BELOW. FEEL FREE TO ATTACH ADDITIONAL PAGES TO DESCRIBE WHAT HAPPENED TO YOU AS COMPLETELY AS POSSIBLE.**

As Indicated, This havoc came about via Job dialogue (procrastinated) Provoked Miscommuni cated, prevaricated The subject, using subjective, unstantiated material/subjects As well (discretionary etc, meaning every one else has received their Job Dialogue got Raises / Hourly I'm entitled To ALL which Set-Forth

PA Employment Discrimination Questionnaire, Rev. 8-13

NOTICE

OLDER man work
hard / out performs ALL

Be very mindful, housekeeping work
And abilities varies, OK! Among
some, just simple neglect
of Duties, many Time / occassion
confronted Them (management)
Simply didn't Carey, too often
I stated some one has to be
Responsible otherwise Quagmire
Limited effort from Those
that were LAX, negligence
IT WOULD be JUST That AT ITS BEST
or most Occassion.
Things WOULD Be JUST IN the
OR worst as I've depicted their
Behavior Towards The Aggrieved
Party / Bottom Line, every one
Cant / Be LACKAdaisICAL
AT ONCE.    Often DO!
OTherwise / CAtAstrophic
/ JUST As We speak!

Co work Like That / management
Same / everyThing is about SAles
untiL / something Like this
comes The oppressor!

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Herbert J. Nelson

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Whole Food Market Group

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Herbert J. Nelson |
|---|---|---|
|  | Street Address | 7807 Gouver Printz Blvd #573 |
|  | County, City | New Castle Claymont |
|  | State & Zip Code | DE    19703 |
|  | Telephone Number | (302) 476-5589 |

*Rev. 10/2009*

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Whole Foods Market Group_

Street Address _475 Wilmington West Chester Pike_

County, City _Glen Mills_

State & Zip Code _PA    19342_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
Q   Federal Questions          Q   Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____

_____

_____

*Rev. 10/2009*

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Whole foods Glen mills 475 West Pike / Wilmington Location Store

B.    What date and approximate time did the events giving rise to your claim(s) occur? O/A December 2015, years Ending, Job Dialogue overdue Management and my self Implemented .44¢ pay raise I opposed under Equal pay LAW Contestation Exercising Rights, protected Activity / Classes

C.    Facts: Equal PAY / ~~self~~ self protected activity / Class I opposed .44¢ pay raise, due to knowlege received from my Co-worker / others / following day management John Fiel called me Into office I told him my concerns opposed .44¢ Level of performance Exceeded results Julio mccfadden doled out the .44¢ (decision maker) Internal Compl? Exercising Rights visited National Labor relation Board met, told management the requirement, federal And state management, John Frie / Julio mccfadden decision makers days later management Summon me to their office, discussion details / deadlock, Days Later recall me to their office Asking me About touch two concasians Fronte dating that period, No knowledge of Any such Act Period! Later (Discharge) management personnel decision maker All Falsehood statement, They didn't desire Just how I told them off About treatment And my money And fabricate Lies No more All management Joy, mccfadden, John Frie, No touching Any female, I told those Asses off About my money And Treatment which They didn't like I

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

Rev. 10/2009

-3-

The story Hasn't been told yet/All that period

**IV. Injuries:**

Credit Rating / Required medication Surgery eyes

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Extremely high Blood pressure, took medication, gave all related to Phrc awhile back. Phila Human Relation Commission has all labels of contents. Mental anguish / Humiliation Refusal of weekly unemployment benefit. Unable to address a subject without explanations which I could address. Very foreign / Setback (financially) Loss of health benefits / Support for my household

**V. Relief:** members / Affected widespread.

State what you want the Court to do for you, and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Standard widespread set ba Code of Conduct (EOC foremost Restore my dignity, morality back If any way possible. Summons while foods Decision maker which put their head together with these two (2) Caucasian Females Touching them would be a No'No! All lies Impossible, All fabricated by Decision maker I observed the entire action and knew it would occur upon telling them off about my money and treatment, while food Escalate this, EMVOE, Hand book Dignify Terms and conditions of Employment / Exercising Rights / Protected Activity as well as other declaration exercising Rights protected Activity Re would be the fountain head Equal Pay And self would be the subject of protected / All Initiated during Contestation Opposed 44¢ would be Threshold

Rev. 10/2009                    -4-

Beginning LAW! Equal Pay

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of July , 20 19.

Signature of Plaintiff Herbert J. Nelson #513

Mailing Address 7807 Govenir Printz Blvd

Claymont, De 19703

Telephone Number (302) 476-5589

Fax Number (if you have one) N/A

E-mail Address herbertnelson22@comcast.net

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| _____ <br> *Plaintiff/Petitioner* <br> v. <br> _____ <br> *Defendant/Respondent* | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: _____ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ | $ |
| Credit card *(name)*: | $ | $ |
| Department store *(name)*: | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ | $ |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☐ No    If yes, describe on an attached sheet.

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes  ☐ No

If yes, how much?  $ _____
If yes, state the attorney's name, address, and telephone number:

11.  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?     ☐ Yes  ☐ No

If yes, how much?  $ _____
If yes, state the person's name, address, and telephone number:

12.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13.  Identify the city and state of your legal residence.

Your daytime phone number:    _____

Your age: _____    Your years of schooling:    _____

Last four digits of your social-security number:    _____

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 - Assignment to a Management Track**

(a)      The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)      In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management.  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)      The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)      Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)      Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02 (e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation"  as that term has been used in the Manuals for Complex Litigation.  The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985.  This term is intended to include cases that present unusual problems and require extraordinary treatment.  See §0.1 of the first manual.  Cases may require special or intense management by the court due to one or more of the following factors:  (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition.  It may include two or more related cases.  Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**STATE LAW**
**PENNSYLVANIA EQUAL PAY LAW**
**LLC-8 ABSTRACT OF THE EQUAL PAY LAW**
**43 P.S § 336 EPL**

### § 9.61. Definition of "wages."

When used in this subchapter, the term "wages" means every form of remuneration or compensation for work or labor performed or services rendered and includes, but is not limited to, salary, commissions, drawing account, piece rates, stock option plans, profit sharing plan and bonuses, unless the context clearly indicates otherwise.

**29 U.S.C. § 206**(d); **29 C.F.R.** Part 1620.1 et seq. Prohibits sex discrimination in compensation or benefits for women and men who work in the same establishment and perform jobs that require **equal** skill, effort, and responsibility and which are performed under similar conditions.

### (d)Prohibition of sex discrimination Federal Law

**(1)**No employer having employees subject to any provisions of this section shall discriminate, within any establishment in which such employees are employed, between employees on the basis of sex by paying wages to employees in such establishment at a rate less than the rate at which he pays wages to employees of the opposite sex in such establishment for equal work on jobs the performance of which requires equal skill, effort, and responsibility, and which are performed under similar working conditions, except where such payment is made pursuant to (i) a seniority system; (ii) a merit system; (iii) a system which measures earnings by quantity or quality of production; or (iv) a differential based on any other factor other than sex: *Provided*, That an employer who is paying a wage rate differential in violation of this subsection shall not, in order to comply with the provisions of this subsection, reduce the wage rate of any employee. Self: 44 ¢ with cap Instructions Provided By Management

Protected Activities/ Classes

# United States Department of Labor

Wage and Hour Division

## Wage and Hour Division (WHD)

**(December 2011)** (PDF)

### Fact Sheet # 77A: Prohibiting Retaliation Under the Fair Labor Standards Act (FLSA)

*This fact sheet provides general information concerning the FLSA's prohibition of retaliating against any employee who has filed a complaint or cooperated in an investigation.*

The Wage and Hour Division of the Department of Labor administers and enforces the FLSA, the federal law of most general application concerning wages and hours of work. All covered nonexempt employees must be paid not less than the current federal minimum wage for all hours worked and overtime pay, at time and one half the regular rate, for all hours worked over 40 in a workweek. The Wage and Hour Division investigates FLSA violations through its complaint-based and directed investigation programs.

**Prohibitions**

Section 15(a)(3) of the FLSA states that it is a violation for *any person* to **"discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding, or has served or is about to serve on an industry committee."**

Employees are protected regardless of whether the complaint is made *orally* or *in writing*. Complaints made to the Wage and Hour Division are protected, and **most courts have ruled that internal complaints to an employer are also protected**.

**Coverage**

Because section 15(a)(3) prohibits "any person" from retaliating against "any employee", the protection applies to all employees of an employer even in those instances in which the employee's work and the employer are not covered by the FLSA.

For additional information on FLSA Coverage, please visit Fact Sheet 14 at http://www.dol.gov/whd/regs/compliance/whdfs14.htm.

Section 15(a)(3) also applies in situations where there is no current employment relationship between the parties; for example, it protects an employee from retaliation by a former employer.

**Enforcement**

Any **employee** who is **"discharged or in any other manner discriminated against"** because, for instance, he or she has filed a complaint or cooperated in an investigation, may file a retaliation complaint with the Wage and Hour Division or may file a private cause of action seeking appropriate remedies including, but not limited to, employment, reinstatement, lost wages and an additional equal amount as liquidated damages.

## Where to Obtain Additional Information

**For additional information, visit our Wage and Hour Division Website: http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).**

This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

Claymont 07/13/2019

Herbert J. Nelson

United States

Federal CourtHouse

Eastern Of Pennsylvania

Subject: Case # 201503014;

EFOC# 17F201760137

## HERBERT J. NELSON VS WHOLE FOOD MARKET GROUP INC.

Honorable Court:

The following is a declaration of the facts involved in the case that is mentioned above. The subjects and explanation of the circumstances that provoked this case are exposed underneath these lines.

1.) Violation of the Equal Pay/Self Exercising Rights And Opposed Contestation Of a 44 cents Hike in my salary, which is a protected activity under State And Federal Laws.

2.) Adverse Action, Which Was Taken Against Me That Resulted Materially In My Discharge and Firing Of The Position That I Held With The Defendant.

1

The fact of the matter in this case was that after several days of CONTESTATION THAT ORIGINATED A CONFLICT BETWEEN THE PARTS INVOLVED, the Defendant came out with a different woodwork to prevent the Complainant from getting the 44¢ hike in salary that should be granted to me under the EQUAL PAY ACT, which as mentioned before is a FEDERAL AND STATE LAW.

1

Nonetheless, the managers that are responsible for the actions that are played upon by the Defendant, accused me of inappropriately touching the intimates of parts of females co-workers, resulting in an internal investigation of a Sexual Harassment Case, which by all means is nothing more than a concealed effort to strip the Plaintiff of the salary hike that is guaranteed to him by FEDERAL AND STATE LAWS, WHICH ARE THE CURRENT LAWS OF THE LAND.

With all these being said, this is a matter that should be investigated by this court, because of the fact that the investigation that was carried out by the managers was never concluded. This action can be qualified as a case of Aforethought Malice. Therefore, the unconcluded probe that was launched by the defendant did not prove that the plaintiff was guilty of any misconduct, and it is nothing more than a fabrication, which has caused severe damage to the Plaintiff.

In reality, the two caucasian females, who presumably were harassed by the plaintiff, did not have an Involvement of any magnitude with him, and in any case, it was not more than a social interaction, which did not go any further than to say hello or goodbye to these ladies.

2

Thus the plaintiff in this act demands to this court that the Fabrications That Were Brought-Up by Mr. John Frie and Mr. and Mr. Jilio McFadden, alongside with the above-mentioned ladies, are fully investigated, because of their ill-intentioned nature, and because it was a tool used by the management to retaliate against the plaintiff, who defended his labor rights, which originated a bitter discussion between the parties involved, that resulted in the Discharge/Firing the position he held in the above-mentioned company.

Citizens Lawful Rights are mandated by law, and under any circumstance can not be infringed by any individual, regardless of their position in the chain of command of any corporation. The fact that I was wrongfully vilipended and denied of my existing benefits is a clear violation of Federal and State Laws that regulate the subject.

Therefore, the Complainant asks the Honorable Judge who presides this court to consider the issues that were exposed in the precedent lines and apply his legal knowledge to make justice in this case, which is severally tinted by the malice of a corporation whose target is to strip Vulnerable Citizens like the Plaintiff of his legal rights.

Lawfully,

Herbert J. Nelson

Plaintiff

3



# General Information Guide



## MID-ATLANTIC REGION
### — REVISED SEPTEMBER 2015 —



# PENNSYLVANIA STATE-SPECIFIC POLICIES

The following policies apply only to Team Members working in the state of Pennsylvania. This Addendum is meant to supplement the national and Mid-Atlantic regional policies in the Whole Foods Market General Information Guide. When a provision in this Addendum conflicts with the national or Mid-Atlantic regional policies in this guide, the policies in this Addendum will prevail.

**PENNSYLVANIA ADDENDUMS**
Overtime
Personnel Files
Protected Classes or Activities
Leaves of Absence

The contents of this Addendum are guidelines only. Whole Foods Market reserves the right to change, correct, modify, or revoke this Addendum or any of its terms at any time with or without notice. This Addendum does not create an employment contract and we remind you that your employment is at-will. This means that your employment is for no definite period of time, and either you or Whole Foods Market may terminate your employment at any time, with or without cause or notice.

## OVERTIME

Paid time off hours (meaning hours paid for illness and vacation, and for jury duty in applicable states) are not considered as hours worked when determining overtime.

## PERSONNEL FILES

You may ask your Store/Facility Team Leader for an appointment to review your own personnel file at any time. Team Members in Pennsylvania may, as an alternative, ask their Store/Facility Team Leader for an appointment for their designated agent to review their own personnel file during regular business hours.

Should you disagree with any information in your personnel record, you may submit a written statement explaining your disagreement. This statement will be entered into and become a part of your personnel record.

*Our company complies with all state requirements concerning personnel files.*

## PROTECTED CLASSES OR ACTIVITIES

### PHILADELPHIA FAIR PRACTICES ORDINANCE

Under the Philadelphia Fair Practices Ordinance, it is an unlawful employment practice to deny or interfere with the employment opportunities of an individual Team Member based upon his or her race, ethnicity, color, sex, sexual orientation, gender identity, religion, national origin, ancestry, age, disability, marital status, familial status, genetic information, or domestic or sexual violence victim status.

### ALLENTOWN ORDINANCE

In addition to the protected categories set forth in the Pittsburg Human Resources Association (PHRA), Allentown's ordinance makes it unlawful to discriminate against individuals on the basis of gender identity, sexual orientation (including transgender/gender identity), and family status in housing for the purposes of employment, housing, and use of public accommodation facilities.

you do have enough accrued time to cover the time missed *and* have not already exceed 40 hours of missed time for the reasons stated in the Ordinance during the calendar year, your accrued time under the Ordinance will be applied to the time missed and the time missed will not count as an absence for the purposes of corrective action.

An absence form must be completed at least ten (10) days prior to missing work if the reason is foreseeable. If the reason is not foreseeable, a Team Member must notify their department and/ or store/facility leadership prior to the start of the work shift to be missed or as soon as possible. An absence form must then be completed on the day of return to work.

Once a Team Member has completed 90 days of employment, he or she may use accrued paid sick leave for the following reasons:

- An absence resulting from a physical or mental illness, injury, or medical condition of the Team Member;
- An absence resulting from obtaining a professional medical diagnosis or care or preventative medical care for the Team Member;
- An absence for the purpose of caring for a family member who has any of the conditions or needs above; or
- If the Team Member or the Team Member's family member is a victim of stalking, domestic violence, or sexual abuse, or if the Team Member must take time off to take action that directly relates to the stalking, violence or abuse, such as:

    1) Seek medical attention for the Team Member or the Team Member's family member;

    2) Obtain services from a victim services organization;

    3) Obtain psychological or other counseling;

    4) Relocate; or

    5) Take other actions to enhance the physical, psychological, or economic health and safety of the Team Member or the Team Member's family member or to enhance the safety of those who associate or work with the Team Member.

Sick time may be taken in increments of one (1) hour or more and will be paid at the Team Member's base rate of pay. Sick time taken under this policy will run concurrently with all other leave under state and federal law, except where otherwise prohibited by law. Paid sick leave may only be used for the purposes described in this policy or as allowable by law and may not be taken as vacation, a personal day or as a holiday.

Whole Foods Market may require certification of the reason for paid sick leave for a leave request of three (3) or more consecutive days.

Unused, accrued sick leave will not be paid to Team Members upon termination of their employment. A Team Member whose employment terminates after completion of ninety (90) days of employment and who is rehired within one (1) year after the date of termination may, upon rehire, access all accrued paid sick leave available at the point of termination. If there is a separation of employment for more than one year, accrued paid sick leave will not be reinstated.

Discharging, harassing, or otherwise discriminating or retaliating against any Team Member for exercising his/her rights under the Ordinance is strictly prohibited. A Team Member who believes he/she has been subjected to any such improper conduct should contact their PBS/TMS representative immediately.

**SECTION F – PENNSYLVANIA        GENERAL INFORMATION GUIDE * REVISED SEPTEMBER 2015 ■**

## Special Note

The plaintiff respectfully request this court to examine the causes of <u>statute of limitation</u> in connection with equal pay (expired ) The plaintiff met all said <u>time-frame</u>, without any delay in a timely manner.  Numerable of subjects took total, off the top of my head , would be the following, A failure to <u>mediate</u>, coupled with requesting of extensions , and other's in which were unfavorable / <u>unconducive</u> on the plaintiff situations.  The plaintiff respectfully request redress if all practically in this situation.